IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00351-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE RAMIREZ-LUNA,
        a/k/a "CHICHARO,"
2. JOSE LUIS RAMIREZ,
        a/k/a "TOCAYO,"
3. ERNESTO PAIGE,
        a/k/a "NETO"

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that Grand Jury material may be disclosed to the Defendants and Defendants' attorneys in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendants and counsel for the Defendants; that the Defendants' attorneys shall maintain custody of such materials, and shall not reproduce or

disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this  14th  day of   October  , 2008.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO