**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00351-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     JOSE LUIS RAMIREZ

       Defendant.
_____

**ORDER**
_____

      This matter is before me on Defendant, Jose Luis Ramirez's, Unopposed Motion for Declaration of Complexity [**Docket # 24**]. For the reasons stated on the record at the October 24, 2008, hearing in this matter, and pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), the Court hereby finds that—due to the complexity of this case, the number of defendants, and the nature of the prosecution—the failure to grant a declaration of complexity would deny counsel for Defendant the reasonable time necessary to effectively prepare for pretrial proceedings or for the trial itself, and that the ends of justice served by the granting of Defendant's motion outweigh the interests of Defendant and the public in a speedy trial.

      Accordingly, IT IS HEREBY ORDERED as follows:

      1.     Defendant's Unopposed Motion for Declaration of Complexity [**Docket # 24**] is GRANTED;

2. A further status conference in this matter is scheduled for **Friday, December 5, 2008, at 10:30 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: October   24  , 2008.

                        BY THE COURT:

                           s/Lewis T. Babcock  
                        Lewis T. Babcock, Judge